**No. 10-7551. Phillip Miller, Petitioner v. New York.**

562 U.S. 1186, 131 S. Ct. 1012, 178 L. Ed. 2d 840, 2011 U.S. LEXIS 855.

January 18, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 74 App. Div. 3d 1097, 903 N.Y.S.2d 131.